FRANCES A. K. HART, Respondent, v. CHARLES E. HART, Appellant.— Appeal from an order denying a motion to dismiss a complaint in an action for separation. Assuming as we must the truth of the allegations contained in the complaint, it states a cause of action for separation. Order unanimously affirmed, with $10 costs and disbursements. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

LEROY STEIN, Respondent, v. CHARLES E. HART, Appellant.— Appeal by defendant from an order of the Chemung Special Term of the Supreme Court denying his motion to dismiss the complaint for insufficiency. The plaintiff is an attorney at law and has brought the action for professional services rendered to defendant's wife. Such services are regarded as necessaries for which the husband is liable. Order unanimously affirmed, with $10 costs and disbursements. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.